IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF SOUTH CAROLINA

CHARLESTON DIVISION

| | |
|---|---|
| VALERIE THOMAS, M.D. and ROBERT E. THOMAS, JR., P.A., individually and as Personal Representative of the Estate of Benjamin Thomas,<br><br>　　　　　　　　　　Plaintiffs,<br><br>vs.<br><br>Coca-Cola Company, Coca-Cola Bottling Company Consolidated, Piedmont Coca-Cola Bottling Partnership, Joseph James Stevens, Willbrook Links Investment Group, LLC, d/b/a Tradition Golf Club, Palmetto Labor Services, Inc., Nivardo Ramirez,<br><br>　　　　　　　　　　Defendants. | Civil Action No. 2:08-cv-01580-PMD<br><br>**GRANTED**<br><br>_signature_<br>PATRICK MICHAEL DUFFY<br>United States District Judge<br><br>January 13, 2010<br><br>**DEFENDANT COCA-COLA BOTTLING CO. CONSOLIDATED'S MOTION IN LIMINE REGARDING ANY SUGGESTION THAT JOSEPH STEVENS' DRIVER'S LICENSE WAS SUSPENDED** |

　　Defendant Coca-Cola Bottling Company Consolidated ("CCBCC") hereby moves, *in limine*, to preclude Plaintiffs from tendering any insinuation at trial that Joseph Stevens' driver's license was ever suspended, either before or during his employment with CCBCC.

　　Throughout the discovery process, Plaintiffs' counsel has questioned virtually every lay and expert witness as to whether Joseph Stevens' driver's license was suspended shortly before he came to work for CCBCC, implying that it was. As established unequivocally by the Rule 30(b)(6) deposition of the South Carolina Department of Motor Vehicles on December 15, 2009, Joseph Stevens' driver's license was never suspended. (William Wannamaker Dep. Tr. at 5:6–17, 9:13 – 10:2) (attached as Ex. 1).